UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
IN RE APPLICATION OF PJSC "URALSIB"  :
BANK" FOR AN ORDER DIRECTING         :   21 Misc. 519 (LGS)
DISCOVERY PURSUANT TO 28 U.S.C. § 1782.:
                                                            :   ORDER
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Applicant has filed an ex parte application for an order pursuant to 28 U.S.C. § 1782 to conduct discovery in a foreign proceeding. Applicant seeks evidence relating to wire transfers in a Russian debt proceeding from: Citibank, N.A.; The Bank of New York Mellon; Société Générale, New York Branch; HSBC Bank USA, N.A.; BNP Paribas USA; JPMorgan Chase Bank, N.A.; Barclays Bank PLC; Deutsche Bank Trust Co. Americas; The Bank of Nova Scotia, New York Agency; UBS AG; Bank of America, N.A.; Standard Chartered Bank US; Commerzbank AG, New York Branch; The Clearing House Payments Company, LLC; PayPal, Inc.; and MoneyGram Payment Systems, Inc. (collectively, the "Respondents"). It is hereby

**ORDERED** that by **August 4, 2021**, Applicant shall serve all Respondents with (1) the papers in support of the application and (2) this Order and shall file proof of service. It is further

**ORDERED** that responsive papers, if any, are due by **August 18, 2021**. Reply papers, if any, are due by **August 25, 2021**. Submissions shall not exceed six pages and shall otherwise comply with the Court's Individual Rules.

Dated: July 22, 2021
       New York, New York

_____
       LORNA G. SCHOFIELD
       UNITED STATES DISTRICT JUDGE